IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DONEY PRESTON MATHIS,** : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. |
| v. : | 5:08-CV-332 (CAR) |
| : | |
| **HILTON HALL, Warden et. al.,** : | |
| : | |
| Defendants. : | |
| : | |

_____

**ORDER ON THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc.9] that Plaintiffs claim against Defendant Georgia Diagnostic Classification Prison be dismissed. No Objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Those claims are hereby **DISMISSED**.

SO ORDERED, this 2nd day of February, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr